

**Entered on Docket
March 18, 2010**

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association as Trustee for CSFB ARMT 2006-2
09-77350

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In Re:

Larry Trujillo

                    Debtor

BK-09-29324-mkn

Date: 2/24/2010
Time: 1:30 pm

Chapter 13

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor U.S. Bank National Association as Trustee for CSFB ARMT 2006-2, its assignees

and/or successors in interest, of the subject property, generally described as 1159 Drowsy Water Court,

Henderson, NV 89052, and legally described as follows:


Parcel I:
Lots Seventy-Four (74) in Block One (1) of Final Map of SUMMIT MANOR  a Planned
Development and Common Interest Community as shown by map thereof on file in Book 113
of Plats, Page 96 of Plats in the Office of the County Recorders Office, Clark County, Nevada
and as amended by Certificate of Amendment recorded February 11, 2004 in Book 20040211 as
Document No. 01285, Official Records.

Parcel II:
A non-exclusive easement of ingress, egress and use of the Common Elements and Private
Streets as set forth and subject to the Covenants, Conditions and Restrictions of Sunridge
Manor/Summit Manor recorded January 14, 2004 in Book 20040114 as Document No. 02929 in
the Office of the County Recorder in Clark County, Nevada.


IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

Debtor at least five business days' notice of the time, place and date of sale.

//

//

//

//

//

//

//

//

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

2  withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of

3  the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured

4  Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

5    DATED this _____ day of _____, 2010.

6  Submitted by:

7  **WILDE & ASSOCIATES**

8  By:_____

9  **Gregory L. Wilde, Esq.**
   Attorney for Secured Creditor

10 212 South Jones Boulevard
   Las Vegas, Nevada 89107

11
   APPROVED / DISAPPROVED

12
   By:_____

13 Barry Levinson
   2810 S. Rainbow Blvd.

14 Las Vegas, NV 89146
   Attorney for Debtor(s)

15

16 Nevada Bar No:_____

17

18 APPROVED / DISAPPROVED

19 By:_____
   Rick A. Yarnall

20 701 Bridger Avenue #820
   Las Vegas, NV  89101

21 Chapter 13 Trustee

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or   __x__ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or   __x__ failed to respond to the document

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or   ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or   ____ failed to respond to the document

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor